DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NATILIYA SONIS,** a/k/a **NATALIYA SONIS,**
Appellant,

v.

**BANK OF NEW YORK MELLON,** f/k/a The Bank of New York, as
successor in interest to JP Morgan Chase Bank, N.A., as trustee for
Novastar Mortgage Funding Trust, Series 2005-2, Novastar Home Equity
Loan Asset-Backed Certificates, Series 2005-2,
Appellee.

No. 4D21-2487

[June 9, 2022]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth
Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case
No. CACE17-016521.

Brian S. Behar of Behar, Gutt & Glazer, P.A., Fort Lauderdale, for
appellant.

Kimberly S. Mello and Arda Goker of Greenberg Traurig, P.A., Orlando,
for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***